# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145898(61)

EDWARD GOLDBERG and MARIETTE
GOLDBERG,
      Plaintiffs-Appellants,

v

SC: 145898
COA: 301439
Wayne CC: 09-009067-NH

JOHN WLEZNIAK, M.D., MARIO PASTORES,
R.N., and ST. MARY HOSPITAL OF LIVONIA,
      Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's January 25, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



Clerk

d0617